UNITED STATES DISTRICT COURT
District of New Mexico
200 E. Griggs
Las Cruces, New Mexico 88001

**SELF INITIATED
AMENDMENT**






Chambers of
ROBERT BRACK
U.S. District Court Judge

April 5, 2007

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, NE
Washington, D.C. 20544

Dear Committee:

Pursuant to the alternative granted in Filing Instructions for Judicial Officers and Employees, Amendments, p. 4 (issued January 3, 2007), I wish to amend, by way of this letter, the following reports:

- Nomination Report, dated 4/29/03
- Financial Disclosure Report for Calendar Year 2003, dated 5/25/04
- Financial Disclosure Report for Calendar Year 2004, dated 3/8/05
- Financial Disclosure Report for Calendar Year 2005, dated 3/14/06

Section VI, Liabilities, in each of the listed reports should be amended to reflect a loan, Value Code K, made to me, as a participant, from Robert Brack, P.A. Profit-Sharing Trust.

Correspondingly, Section VII, Investments and Trusts, in each of the listed reports should be amended to reflect, as an asset owned by the Profit-Sharing Trust, the note receivable from me, Income Code A, Interest, Value Code K, and Value Method Code T.

I regret the oversight that necessitates these amendments. For many years, I have been the only participant in the Robert Brack, P.A. Profit-Sharing Trust. This participant loan was annually reported to the Internal Revenue Service and should have been included in these reports, as well. The loan has now been repaid, with interest, and the plan is being terminated.

If you should require any additional information, please let me know.

Sincerely,



ROBERT BRACK
U.S. District Judge

RB/be

| AO 10 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics* |
| Rev. 1/2007 | **FOR CALENDAR YEAR 2006** | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brack, Robert C | U.S. District Court | 04/05/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III - active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 200 E. Griggs<br>Las Cruces, NM 88001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Robert Brack, P.A. |
| 2. Trustee | Robert Brack, P.A. Profit-Sharing Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 16 A 10: 29 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Four-Lane Auto Sales, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University, Law & Economics Center | Food, lodging, airfare; Monterey, CA; Seminar - Lincoln As President (June 1-4, 2006) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  Southwest Visa | Credit Card | J |
| 2.  MBNA Visa | Credit Card | J |
| 3.  Robert Brack, P.A. | Note from Shareholder | J |
| 4.  Robert Brack, P.A. Profit-Sharing Trust | Note from Plan Participant | L |
| 5.  New Mexico Bank & Trust | Personal Loan | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Brack, Robert C | 04/05/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ▇▇▇▇▇▇Ruidoso (1/2 interest) | | None | K | W | | | | | |
| 2.  New Mexico Bank & Trust - Various Accounts | A | Interest | L | T | | | | | |
| 3.  Note Receivable - Strebeck | D | Interest | J | T | | | | | |
| 4.  Note Receivable - Pettigrew | C | Interest | K | T | | | | | |
| 5.  Note Receivable - Brack | E | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VI.  LIABILITIES.

6.  Sid Strebeck Personal Loan        K

Assets listed in Section VII, Investments and Trusts, Nos. 2-5, are owned by Robert Brack Profit-Sharing Trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_4/5/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544